

September 6, 2024

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
Room 6325
844 N. King Street, Unit 9
Wilmington, Delaware 19801-3555

      Re:   *Vacker, et al. v. ElevenLabs, Inc.*
              C.A. No. 24-cv-987-RGA

Dear Judge Andrews:

      We write in response to the deficiency notice issued by the Clerk on September 4, 2024 regarding the AO-121 copyright form.

      Plaintiffs respectfully submit that the AO-121 form is inapplicable to this action in which Plaintiffs assert claims under the Digital Millennium Copyright Act's anti-circumvention provisions (17 U.S.C. § 1201) and sections prohibiting removal of copyright management information (17 U.S.C. § 1202).  This is not a copyright infringement action and no registered copyrights have been asserted.  Plaintiffs, therefore, have no information to disclose on the AO-121 form.

      We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Brian E. Farnan

                              Brian E. Farnan