IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 24-987 (RGA)

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendant to answer, move to dismiss, or otherwise respond to the Complaint (D.I. 1) is extended to and including October 21, 2024.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Brian P. Egan* |
| Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiffs* | Brian P. Egan (#6227) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@morrisnichols.com <br><br> *Attorneys for Defendant* |

September 12, 2024

SO ORDERED this _____ day of September 2024.

_____
United States District Court Judge