IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 24-987 (RGA) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT PENDING MEDIATION**

WHEREAS, the parties have agreed to proceed with a private mediation on November 18, 2024, in an effort to resolve this litigation; and

WHEREAS, the parties agree that extending the October 21, 2024 deadline (D.I. 9) for Defendant to answer, move, or otherwise respond to the Complaint until after the November 18 mediation would be mutually beneficial in allowing the parties to focus their respective resources on efforts to resolve this litigation;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that should this litigation not be resolved through mediation, the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended until and including December 6, 2024;

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that in the event Defendant files any motion(s) in response to the Complaint, the following briefing schedule shall apply: (i) the deadline for Plaintiffs to oppose such motion(s) shall be extended to and include January 8, 2025; and (ii) the deadline for Defendants to file reply briefing shall be extended to and include January 29, 2025.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Brian P. Egan* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnanfarnan@farnanlaw.com | Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| OF COUNSEL:<br><br>Michael C. Wilson<br>Charles Theodore Zerner<br>Abigail R. Karol<br>MUNK WILSON MANDALA, LLP<br>600 Banner Place Tower<br>12770 Coit Road<br>Dallas, TX  75251<br>mwilson@munckwilson.com<br>czerner@munckwilson.com<br>akarol@munckwilson.com | OF COUNSEL:<br><br>Dori Ann Hanswirth<br>Theresa M. House<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019<br>(212) 918-3000<br>dori.hanswirth@arnoldporter.com<br>theresa.house@arnoldporter.com |

October 17, 2024

**IT IS SO ORDERED**, this _____ day of October, 2024.

_____
United States District Court Judge

2