IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER, | ) ) ) Case No. 24-cv-987-RGA ) |
| Plaintiffs, | ) JURY TRIAL REQUESTED ) |
| v. | ) ) |
| ELEVENLABS, INC., | ) ) |
| Defendant. | ) |

## PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Michael C. Wilson, Charles T. Zerner, Abigail R. Karol, and the law firm of Munck Wilson Mandala, LLP, counsel of record for Plaintiffs, file this Notice of Change of Address as follows:

As of November 25, 2024, the new office address for Munck Wilson Mandala, LLP is:

Munck Wilson Mandala, LLP
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, Texas 75201

All future mailings, notifications and communications should be directed to Michael C. Wilson, Charles T. Zerner, Abigail R. Karol, and the law firm of Munck Wilson Mandala, LLP at this new address. Their phone numbers and email addresses will remain the same.

Dated: November 26, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Michael C. Wilson (admitted *pro hac vice*)
Charles T. Zerner (admitted *pro hac vice*)
Abigail R. Karol (admitted *pro hac vice*)
**MUNCK WILSON MANDALA, LLP**
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, Texas 75201
(972) 628-3600
mwilson@munckwilson.com
czerner@munckwilson.com
akarol@munckwilson.com

*Attorneys for Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner*