IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELEVEN LABS, INC., )<br>)<br>Defendant. ) | C.A. No. 24-987 (RGA) |

**STIPULATION AND [PROPOSED] ORDER EXPANDING
PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

WHEREAS, Defendant Eleven Labs, Inc. intends to file a motion to dismiss Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner's Complaint (D.I. 1);

WHEREAS, Defendant believes that in light of the length of the pleadings and number of issues raised by the Complaint, Defendant will need additional pages to sufficiently address the issues it intends to raise in its motion to dismiss; and

WHEREAS, the parties have conferred and have agreed, subject to the Court's approval, to an expansion of page limits for the briefing associated with Defendant's forthcoming motion to dismiss;

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that pursuant to D. Del. LR 7.1.3(a)(4), the page limits for the briefing pertaining to Defendant's forthcoming motion to dismiss the Complaint (D.I. 1) are hereby expanded to 25 pages for the opening and opposition briefs, and to 12 pages for the reply brief.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Brian P. Egan* |
| _____ | _____ |
| Brian E. Farnan (#4089) | Brian P. Egan (#6227) |
| Michael J. Farnan (#5165) | 1201 North Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| bfarnan@farnanlaw.com | began@morrisnichols.com |
| mfarnanfarnan@farnanlaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Dori Ann Hanswirth |
| Michael C. Wilson | Theresa M. House |
| Charles Theodore Zerner | ARNOLD & PORTER KAYE SCHOLER LLP |
| Abigail R. Karol | 250 West 55th Street |
| MUNK WILSON MANDALA, LLP | New York, NY 10019 |
| 600 Banner Place Tower | (212) 918-3000 |
| 12770 Coit Road | |
| Dallas, TX 75251 | |

December 4, 2024

    **IT IS SO ORDERED**, this _____ day of December, 2024.

                                                _____
                                                United States District Court Judge