IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-987 (RGA) |

**DEFENDANT ELEVEN LABS INC.'S MOTION TO DISMISS
AND FOR ATTORNEYS' FEES**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Eleven Labs, Inc. hereby moves to dismiss Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc, and Vaughn Heppner's (collectively, "Plaintiffs") Complaint (D.I. 1) because Plaintiffs lack standing and fail to state a claim upon which relief can be granted. Defendant also moves for attorney's fees under New York's anti-SLAPP law, N.Y. Civ. R. L. § 70-a(1). The grounds for this Motion are set forth in Defendant's Opening Brief and the supporting Declaration of Dori Ann Hanswirth, filed herewith. A [Proposed] Order dismissing Plaintiffs' Complaint with prejudice and awarding attorneys' fees is attached hereto.

<table>
<tr><td>

OF COUNSEL:

Dori Ann Hanswirth
Theresa M. House
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

December 6, 2024

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant*

</td></tr>
</table>

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-987 (RGA) |
| ELEVEN LABS INC., | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

WHEREAS, Defendant Eleven Labs Inc., having moved to dismiss Plaintiffs' Complaint (D.I. 1) with prejudice under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) because Plaintiffs lack standing and fail to state a claim upon which relief can be granted;

WHEREAS, Defendant has also moved for attorneys' fees under New York's anti-SLAPP law, N.Y. Civ. R. L. § 70-a(1); and

WHEREAS, the Court having considered the Motion and any opposition, and all other papers associated therewith;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS HEREBY FURTHER ORDERED that Defendant shall be awarded its attorneys' fees under and in accordance with N.Y. Civ. R. L. § 70-a(1), and may submit an application specifying the amount of fees for which it seeks recovery in an application to be filed within 21 days of this order.

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael C. Wilson, Esquire<br>Charles Theodore Zerner, Esquire<br>Abigail R. Karol, Esquire<br>MUNCK WILSON MANDALA, LLP<br>1900 Texas Capital Center<br>2000 McKinney Avenue<br>Dallas, TX 75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)