IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER,<br><br>      Plaintiffs,<br><br>    v.<br><br>ELEVEN LABS INC.,<br><br>      Defendant. | C.A. No. 24-987 (RGA) |

### DECLARATION OF DORI ANN HANSWIRTH IN SUPPORT OF DEFENDANT ELEVEN LABS INC.'S MOTION TO DISMISS AND FOR ATTORNEYS' FEES

I, Dori Ann Hanswirth, declare as follows:

1. I am an attorney licensed to practice law in the State of New York, admitted *pro hac vice* in the above-captioned matter, and a partner in the law firm of Arnold & Porter Kaye Scholer LLP. I submit this declaration in support of Defendant Eleven Labs Inc.'s Motion to Dismiss and for Attorneys' Fees, in this action. I am aware of the facts stated herein of my own knowledge and if called to testify, I could and would competently so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of an archived version of Defendant Eleven Labs Inc.'s landing page dated March 5, 2023, which is incorporated by reference in the Complaint (D.I. 1 ¶¶ 35 n.4, 36).

3. Attached hereto as **Exhibit B** is a true and correct copy of the November 26, 2024 Opinion and Order in *Bobulinkski v. Tarlov*, No. 24-CV-2349(JPO) (S.D.N.Y. Nov. 26, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 6, 2024 at New York, New York.

*/s/ Dori Ann Hanswirth*
Dori Ann Hanswirth

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael C. Wilson, Esquire<br>Charles Theodore Zerner, Esquire<br>Abigail R. Karol, Esquire<br>MUNCK WILSON MANDALA, LLP<br>1900 Texas Capital Center<br>2000 McKinney Avenue<br>Dallas, TX  75201<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)