IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELEVEN LABS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-987 (RGA)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ELEVEN LABS, INC.'S MOTION TO
<u>TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK</u>**

Pursuant to 28 U.S.C. § 1404(a), Defendant Eleven Labs, Inc. ("Eleven Labs") respectfully requests that the Court transfer this case to the United States District Court for the Southern District of New York for the convenience of the parties and witnesses and in the interests of justice. The grounds for this motion are set forth in Eleven Labs' contemporaneously filed Opening Brief and the supporting Declaration of Alex T. Haskell.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant Eleven Labs, Inc.*

OF COUNSEL:

Dori Ann Hanswirth
Joseph A. Greenaway, Jr.
Theresa M. House
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

December 11, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 24-987 (RGA) ) ) ) ) ) |

## [PROPOSED] ORDER

WHEREAS, Defendant Eleven Labs, Inc., having moved to transfer venue to the United States District Court for the Southern District of New York; and

WHEREAS, the Court having considered the Motion and all briefing associated therewith;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Clerk of Court is directed to transfer the above-captioned matter to the United States District Court for the Southern District of New York.

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

## RULE 7.1.1 CERTIFICATE

Pursuant to D. Del. LR 7.1.1, Defendant Eleven Labs, Inc. states that it has made a reasonable effort to reach agreement with Plaintiffs regarding the relief requested. Undersigned counsel and lead counsel for Defendant met and conferred by telephone with Delaware counsel and lead counsel for Plaintiffs on November 27, 2024. During the telephone conference, counsel for Plaintiffs advised that Plaintiffs oppose the transfer of this case.

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael C. Wilson, Esquire<br>Charles Theodore Zerner, Esquire<br>Abigail R. Karol, Esquire<br>MUNCK WILSON MANDALA, LLP<br>600 Banner Place Tower<br>12770 Coit Road<br>Dallas, TX  75251<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)