IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 24-987 (RGA) ) ) ) ) ) |

**ORDER**

WHEREAS, Defendant Eleven Labs, Inc., having moved, unopposed, for an order pursuant to Federal Rule of Civil Procedure 5.2 and D. Del. L.R. 5.1(a) permitting the filing under seal of its Opening Brief in Support of Motion to Transfer Venue to the Southern District of New York and the associated Declaration of Alex T. Haskell; and

WHEREAS, the Court having considered the Motion and for good cause shown;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's Opening Brief in Support of Motion to Transfer Venue to the Southern District of New York and the Declaration of Alex T. Haskell shall remain sealed on the docket. Within 7 days from the date of this Order, Defendant shall publicly file redacted versions of these submissions.

SO ORDERED this __12__ day of __December__, __2024__.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE