IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-987 (RGA) |
| ELEVEN LABS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule on Defendant Eleven Labs, Inc.'s ("Eleven Labs") Motion to Dismiss for Failure to State a Claim and for Attorneys' Fees (D.I. 18), and on Eleven Labs' Motion to Transfer Case to United States District Court for the Southern District of New York (D.I. 22) shall be extended as follows:

| Brief | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' Answering Brief in Opposition to Motion to Dismiss and for Attorneys' Fees | January 8, 2025 (D.I. 12) | January 16, 2025 |
| Plaintiffs' Answering Brief in Opposition to Motion to Transfer | December 26, 2024 | January 23, 2025 |
| Defendant's Reply Brief in Support of Motion to Dismiss and for Attorneys' Fees | January 29, 2025 (D.I. 12) | February 19, 2025 |
| Defendant's Reply Brief in Support of Motion to Transfer | January 2, 2025 | February 26, 2025 |

Case 1:24-cv-00987-RGA Document 29 Filed 12/20/24 Page 2 of 2 PageID #: 235

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Brian E. Farnan* | /s/ *Lucinda C. Cucuzzella* |
| Brian E. Farnan (#4089) | Brian P. Egan (#6227) |
| Michael J. Farnan (#5165) | Lucinda C. Cucuzzella (#3491) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | began@morrisnichols.com |
| | ccucuzzella@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Michael C. Wilson | Dori Ann Hanswirth |
| Charles Theodore Zerner | Theresa M. House |
| Abigail R. Karol | ARNOLD & PORTER KAYE SCHOLER LLP |
| MUNK WILSON MANDALA, LLP | 250 West 55th Street |
| 600 Banner Place Tower | New York, NY 10019 |
| 12770 Coit Road | (212) 918-3000 |
| Dallas, TX 75251 | dori.hanswirth@arnoldporter.com |
| mwilson@munckwilson.com | theresa.house@arnoldporter.com |
| czerner@munckwilson.com | |
| akarol@munckwilson.com | |

December 20, 2024

**IT IS SO ORDERED**, this \_\_\_\_ day of December, 2024.

_____
United States District Court Judge