IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER, </br></br>   Plaintiffs, </br></br> v. </br></br> ELEVENLABS, INC., </br></br>   Defendants. | Case No. 24-cv-987-RGA </br></br> JURY TRIAL REQUESTED |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

Defendant Eleven Labs, Inc. moved for an order pursuant to Federal Rule of Civil Procedure 5.2 and D. Del. L.R. 5.1(a) permitting the filing under seal of its Opening Brief in Support of Motion to Transfer Venue to the Southern District of New York ("Opening Brief") and the associated Declaration of Alex T. Haskell ("Haskell Declaration"). Plaintiffs did not oppose Defendant's Motion to Seal, and the Court granted the motion. The Opening Brief and Haskell Declaration remain sealed on the docket.

Pursuant to Federal Rule of Civil Procedure 5.2 and D. Del. L.R. 5.1.3, Plaintiffs respectfully move for leave to file under seal their Opposition to Defendant's Motion to Transfer Venue to the Southern District of New York ("Opposition Brief").

Plaintiffs seek to file under seal solely because their Opposition Brief necessarily references and discusses information that Defendant designated as confidential in the Declaration of Alex T. Haskell, which Defendant filed under seal with this Court's permission on December 11, 2024. Specifically, Defendant's Haskell Declaration contains certain business information that Defendant designated as confidential and redacted from the public version. Because Plaintiffs'

1

Opposition Brief necessarily addresses these details in responding to Defendant's venue arguments, Plaintiffs are filing this motion to maintain the confidentiality of Defendant's designated information.

Good cause exists to file Plaintiffs' Response under seal because it contains references to redacted information in Defendant's Opening Brief and Haskell Declaration, both of which are currently under seal on the Court's docket.

In accordance with D. Del. L.R. 5.1.3, Plaintiffs will file a public version of the Opposition Brief within seven days, with limited redactions solely to protect the specific information that Defendant has designated as confidential. The vast majority of Plaintiffs' Opposition Brief will remain unredacted and accessible to the public.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this motion for leave to file their Opposition Brief under seal.

Dated:  January 23, 2025                    Respectfully submitted,

                                            FARNAN LLP

                                            */s/ Michael J. Farnan*
                                            Brian E. Farnan (Bar No. 4089)
                                            Michael J. Farnan (Bar No. 5165)
                                            919 North Market Street, 12th Floor
                                            Wilmington, DE 19801
                                            (302) 777-0300 (Telephone)
                                            (302) 777-0301 (Facsimile)
                                            bfarnan@farnanlaw.com
                                            mfarnan@farnanlaw.com

                                            Michael C. Wilson *(admitted pro hac vice)*
                                            Charles Theodore Zerner *(admitted pro hac vice)*
                                            Abigail R. Karol *(admitted pro hac vice)*
                                            MUNCK WILSON MANDALA, LLP
                                            1900 Texas Capital Center
                                            2000 McKinney Avenue
                                            Dallas, TX 75201
                                            (972) 628-3600

                                            *Attorneys for Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner*