## **RULE 7.1.1 CERTIFICATION**

    The undersigned hereby certifies that, after conferring with Defense counsel, Defendant does not oppose the relief requested in the foregoing motion.


                                            /s/ Michael J. Farnan
                                            Michael J. Farnan (Bar No. 5165)