IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER,** ) ) ) ) | |
| Plaintiffs, ) | Case No. 24-cv-987-RGA |
| ) | |
| v. ) | JURY TRIAL REQUESTED |
| ) | |
| **ELEVENLABS, INC.,** ) ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

WHEREAS, Plaintiffs having moved, for leave to file under seal their Opposition to Defendant's Motion to Transfer Venue to the Southern District of New York, which references information designated as confidential by Defendant; and

WHEREAS, the Court having considered the Motion and for good cause shown;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs' Opposition to Defendant's Motion to Transfer Venue shall be filed under seal. Within seven days from the date of this Order, Plaintiffs shall file a public version of their Opposition Brief with redactions limited to the information designated as confidential by Defendant.

SO ORDERED this _____ day of _____, _____.

_____

UNITED STATES DISTRICT JUDGE