CERTIFICATE OF SERVICE

I, Michael J. Farnan, hereby certify that on January 23, 2025, a copy of the foregoing document was served on the following as indicated:

| Via E-Mail | Via E-Mail |
|---|---|
| Brian P. Egan | Dori Ann Hanswirth |
| Lucinda C. Cucuzzella | Theresa M. House |
| 1201 North Market Street | ARNOLD & PORTER KAYE SCHOLER LLP |
| P.O. Box 1347 | Dori.Hanswirth@arnoldporter.com |
| Wilmington, DE 19899-1347 | theresa.house@arnoldporter.com |
| began@morrisnichols.com | |
| ccucuzzella@morrisnichols.com | |
| *Attorneys for Defendant Eleven Labs, Inc.* | *Attorneys for Defendant Eleven Labs, Inc.* |

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)