IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVEN LABS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. 1:24-cv-00987 (RGA) |

## DECLARATION OF CHARLES ZERNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ELEVEN LABS, INC.'S MOTION TO TRANSFER VENUE

I, Charles Zerner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm of Munck Wilson Mandala LLP, counsel for Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner in the above-captioned matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. This declaration is submitted in support of Plaintiffs' Opposition to Defendant Eleven Labs, Inc.'s Motion to Transfer Venue, for the purpose of authenticating and introducing into evidence certain publicly available materials relating to ElevenLabs' valuation, and the availability of travel options, as referenced in Plaintiffs' Opposition.

3. Wikipedia Entry for ElevenLabs: On January 23, 2025, I visited the Wikipedia entry for "ElevenLabs," located at the following URL: https://en.wikipedia.org/wiki/ElevenLabs. Attached hereto as **Exhibit A** is a true and correct copy of the relevant

webpage that I downloaded and printed on January 22, 2025. The entry states in pertinent part: "On January 22, 2024, ElevenLabs raised an additional $80 million in Series B funding raising the total valuation of the company to $1.1 billion. The funding round was led by Andreessen Horowitz, Friedman, Gross, and Sequoia Capital. Additionally, the company announced a series of new products, including their Voice Marketplace, AI Dubbing Studio, and mobile app."

4. Reuters Article dated January 22, 2024: On January 23, 2025, I also accessed an online article entitled *Voice AI startup ElevenLabs Gains Unicorn Status,* published on January 22, 2024, by Reuters, and available at the following URL: https://www.reuters.com/technology/voice-ai-startup-elevenlabs-gains-unicorn-status-after-latest-fundraising-source-2024-01-22/. Attached hereto as **Exhibit B** is a true and correct copy of the article, which I downloaded and printed on January 22, 2025. The article states, in relevant part, that ElevenLabs "was valued at $1.1 billion, making it a unicorn – or billion-dollar startup."

5. ElevenLabs Blog, Dated January 22, 2024: On January 23, 2025, I visited ElevenLabs' website, by visiting the following URL: https://elevenlabs.io/blog/series-b.  Attached hereto as **Exhibit C** is a true and correct copy of the blog article, which I downloaded and printed on January 23, 2025. In the blog article, ElevenLabs states: "Since its launch, ElevenLabs technology has improved content accessibility globally across sectors such as the creator economy, publishing, conversational AI, entertainment, education, and accessibility, with its adoption by millions *leading the company* to *unicorn status*." (emphasis added).

6. Warsaw Business Journal Article, Dated October 22, 2024: On January 23, 2025, I visited

the Warsaw Business Journal website by visiting the following URL: https://wbj.pl/elevenlabs-moves-past-unicorn-status-to-triple-its-valuation/post/143834. Attached hereto as **Exhibit D** is a true and correct copy of the article, titled "ElevenLabs moves past unicorn status *to triple its valuation,*" which I downloaded and printed on January 23, 2025. The article reports that, as of October 2024, "ElevenLabs achieved unicorn status earlier this year and is now close to tripling its valuation to around $3 billion," and that the company is "in the process of a Series C round."

7. Sacra Equity Research Report, Dated November 6, 2024. Finally, on January 23, 2025, I accessed an equity research report from Sacra, dated November 6, 2024, regarding ElevenLabs, located at https://sacra.com/c/elevenlabs/. A link to the PDF version of the report is available at the following link: link: https://assets.ctfassets.net/f1df9zr7wr1a/5iH4gCSx2AdDihfxd2Sj3/5a44f34d8ac9c002ad946adfce9cef68/elevenlabs.pdf). Attached hereto as **Exhibit E** is a true and correct copy of that PDF report, which I downloaded on January 23, 2025. The report notes that ElevenLabs "most recently closed an unannounced funding round led by Iconiq and A16Z *at a $3.2B valuation.*" (Emphasis added).

8. I have reviewed Exhibits A–E to ensure they accurately represent the content publicly available on the cited websites as of January 23, 2025, and they have not been altered in any material way.

9. Based on these sources, ElevenLabs' valuation was reported at approximately $1.1 billion as of January 2024, and is now reported to exceed $3 billion as of late 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this **23rd day of January, 2025**, in Dallas, Texas.

_____
Charles-Theodore Zerner