# EXHIBIT D

   

Sign in

Business  Technology    19:26 22 October 2024    Post by: WBJ

# ElevenLabs moves past unicorn status to triple its valuation



*Source: Pexels*



Founded by Poles, the start-up ElevenLabs achieved unicorn status earlier this year and is now close to tripling its valuation to around $3 billion, just 10 months later. Launched in August 2022 by Piotr Dąbkowski and Mateusz Staniszewski, ElevenLabs developed AI-powered voice generation tools, quickly gaining popularity and attracting international investment. In January 2023, the company raised $80 million, reaching a $1.1 billion valuation, and now is in the process of a Series C round.

The start-up's software debuted in early 2023, rapidly growing to over 1 million active users. ElevenLabs aims to produce speech indistinguishable from human voices, positioning itself as a key player in the AI voice synthesis market.

(pb.pl)



Get the best of "Warsaw Business Journal" delivered to your inbox daily

Your e-mail adress                                    SIGN UP



## TOP NEWS

Business                                                    1 hour ago
Min of Labor: Professional activity...

Finance Banking                                            1 hour ago
Bank Pekao will launch three new guarantee...

Business                                                    1 hour ago
PKO Bank Polski: data indicates a slow...

Economy                                                    2 hours ago
Zloty unexpectedly strengthened against...

Economy                                                    2 hours ago
GUS: improvement in consumer sentiment...

## ALL NEWS

Finance Stock Exchange                              11 months ago
The WIG20 index increased by 2.07%...

Finance Stock Exchange                              11 months ago
WIG20 drops 1.92%

Finance                                              11 months ago
Subdued currency movement and slight...

Finance Stock Exchange                              11 months ago
WIG20 gains 1.55%

Business                                                  1 year ago
Huuuge Games with $14 mln revenue...

Business Fuel & Energy                                    1 year ago
Orlen to produce more green hydrogen

Economy                                                   1 year ago
Inflation at 16.1% in March, sugar...

Economy                                                   1 year ago
PIE: inflation will remain high...

## MORE NEWS

### Business

**MIN OF LABOR: PROFESSIONAL ACTIVITY OF UKRAINIANS IN POLAND...**
1 hour ago

**PKO BANK POLSKI: DATA INDICATES A SLOW RECOVERY THAT SHOULD...**
1 hour ago

**GDYNIA: CONSTRUCTION OF OFFSHORE POWER STATIONS COMPLETED**
2 hours ago

**PMR: ELECTRONICS MARKET IS EXPECTED TO REVIVE THIS YEAR**
2 hours ago

GET MORE NEWS →

### Economy

**ZLOTY UNEXPECTEDLY STRENGTHENED AGAINST THE EURO**
2 hours ago

**GUS: IMPROVEMENT IN CONSUMER SENTIMENT SEEN IN JANUARY**
2 hours ago

**PORT OF GDYNIA RECORDED PLN 140 MLN IN NET PROFIT IN '24**
2 hours ago

**MOODY'S FORECASTS POLAND'S GDP DYNAMICS AT 3.5%**
2 hours ago

GET MORE NEWS →

### Domestic

**SENIORS FAILING TO PAY RENT ON TIME, FACE DOWNWARD SPIRAL OF...**
3 days ago

**PROSECUTORS SEEK CHARGES FOR MORAWIECKI**

go

### Finance

**BANK PEKAO WILL LAUNCH THREE NEW GUARANTEE INSTRUMENTS IN AGREEMENT...**
1 hour ago

**PERSONAL DATA PROTECTION OFFICE: TOYOTA BANK POLSKA FINED FOR...**
3 days ago

ALDI TO RAISE SALARIES FOR WORKERS

6 days ago

DELAYS IN "GRANNY" BENEFIT PAYMENTS

6 days ago

PROPOSED REFORMS TO BELKA TAX

6 days ago

PKO BP EXPANDS IN ROMANIA

7 days ago

GET MORE NEWS →

GET MORE NEWS →

Real estate

LESS THAN 200,000 NEW HOMES WERE PUT IN USE THROUGHOUT 2024

2 hours ago

SOME SWISS FRANC BORROWERS WILL HAVE TO PAY BACK HOUSING TAX...

2 days ago

WAREHOUSES AND REGIONAL OFFICES MOST INTERESTING FOR INVESTORS...

2 days ago

FIVE COMPANIES ASSOCIATED WITH ARTUR KOZIEJA FACING RESTRUCTURING

2 days ago

International

PRIME MINISTER PREPARES CONSULATES FOR POSSIBLE DEPORTATIONS...

2 days ago

FOOD EXPORTS FROM JAN-NOV '24 AMOUNTED TO EUR 49.2 BLN

3 days ago

LOBBYING IN THE EU: WHY ARE POLISH COMPANIES RARELY INVOLVED?

5 days ago

POLAND: A HAVEN OF SAFETY ATTRACTING WESTERN EUROPEANS

5 days ago

GET MORE NEWS →

GET MORE NEWS →

# LIFESTYLE

# BOOK OF LISTS



LifeStyle          5 days ago

Blue Monday: Is the Most
Depressing Day of the Year...



LifeStyle          12 days ago

Joanna Kurowska: Polish
Actors Underpaid and...

Book of Lists          4 years ago

25th jubilee edition of Book
of Lists – project start



Book of Lists          5 years ago

Leasing market review –
Poland

VALKEA
BRANDED MEDIA · MEDIA BRANDS

WARSAW
BUSINESS JOURNAL

Warsaw
insider

Terms of Service Trademarks Privacy Policy 2018 Warsaw Business Journal. All Rights Reserved
Created by AlterPage

