<div style="text-align:center">

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

</div>

**Brian P. Egan**
(302) 351-9454
began@morrisnichols.com

<div style="text-align:center">March 10, 2025</div>

The Honorable Richard G. Andrews     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Karissa Vacker, et al. v. Eleven Labs, Inc.*, C.A. No. 24-987 (RGA)

Dear Judge Andrews:

    I write on behalf of Defendant Eleven Labs, Inc. to correct an error in Defendant's Opening Brief in Support of Its Motion to Transfer Venue to the Southern District of New York, which Plaintiffs identified in their Opposition Brief. *See* D.I. 24 at 11; D.I. 32 at 16. The parenthetical on page 11 of Defendant's Opening Brief that follows *Deloitte Consulting LLP v. Sagitec Sols. LLC*, 692 F. Supp. 3d 421 (D. Del. 2023) incorrectly states that the court granted the motion to transfer. Transfer was denied in *Deloitte*. *Id.* at 438. With respect to the local interest factor for which *Deloitte* was cited by Defendant, the court found with respect to the facts in that case that "[t]he District of Minnesota has a local interest in this case because Sagitec has its headquarters in that district. … On the other hand, the plaintiffs' status as Delaware corporate entities means that Delaware has at least some interest in adjudicating the dispute. … Both forums have a local interest in the controversy, and neither forum's interest is substantially greater than the other. This factor is therefore neutral." *Id.* at 437-38.

<div style="margin-left:50%">

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

</div>

cc:    All Counsel of Record (via electronic mail)