IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KARISSA VACKER, MARK BOYETT,
BRIAN LARSON, IRON TOWER PRESS,
INC., and VAUGHN HEPPNER,

        Plaintiffs,

    v.

ELEVENLABS, INC.,

        Defendant.

Civil Action No. 24-987-RGA

ORDER

Before the Court is Defendant's Motion to Transfer Case to the United States District

Court for the Southern District of New York (D.I. 22). Having considered the matter, Defendant's

motion is DENIED.

IT IS SO ORDERED this 13th day of March 2025.

                          /s/ Richard G. Andrews
                          United States District Judge