IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. 24-cv-987-RGA ) ) ) ) ) |

**PLAINTIFFS' REVISED NOTICE OF SUPPLEMENTAL AUTHORITY**

On April 10, 2025, Plaintiffs filed a Notice of Supplemental Authority (D.I. 45). Defendant notified Plaintiffs that it objected to the notice as violating Local Rule 7.1.2(b). To address Defendant's concern, Plaintiffs submit this Revised Notice of Supplemental Authority.

In their Opposition to Eleven Labs Inc.'s Motion to Dismiss, Plaintiffs discussed *The Intercept Media* case. D.I. 30 at 9. Defendant Eleven Labs discussed the same in its reply. D.I. 36 at 3. Pursuant to D. Del. LR 7.1.2(b), Plaintiffs provide the Court with notice that an Opinion has issued in *Kadrey v. Meta Platforms, Inc.*, No. 23-CV-03417-VC, 2025 WL 744032 (N.D. Cal. Mar. 7, 2025) that follows the reasoning in *The Intercept* and rejects the approach in *Raw Story Media* which Defendant relies upon. A copy is attached as Ex. 1.

Plaintiffs are available at the Court's convenience should it have any questions regarding this Opinion, including its discussion of DMCA standing under Article III, § 1202(b)(1)'s application to claims based on a defendant allegedly removing CMI to enable its own internal copying infringement, and the absence of any distribution requirement for these claims.

1

Dated:  April 21, 2025

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Michael C. Wilson *(admitted pro hac vice)*
Charles Theodore Zerner *(admitted pro hac vice)*
Abigail R. Karol *(admitted pro hac vice)*
MUNCK WILSON MANDALA, LLP
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, TX 75201
(972) 628-3600

*Attorneys for Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner*