IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC., and VAUGHN HEPPNER,<br>　　　*Plaintiffs*,<br><br>v.<br><br>ELEVEN LABS, INC.,<br><br>　　　*Defendant*. | C.A. No. 24-cv-987-RGA |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Plaintiffs withdraw Plaintiffs' Notice of Supplemental Authority (D.I. 45), as a revised version of the notice has been filed (D.I. 46).

Dated: April 21, 2025

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Michael C. Wilson (admitted *pro hac vice*)
Charles Theodore Zerner (admitted *pro hac vice*)
Abigail R. Karol (admitted *pro hac vice*)
MUNCK WILSON MANDALA, LLP
1900 Texas Capital Center
2000 McKinney Avenue
Dallas, TX 75201
(972) 628-3600

*Attorneys for Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughn Heppner*