IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, <br><br> Plaintiffs, <br><br> v. <br><br> ELEVEN LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 24-987 (RGA) |

## STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

WHEREAS, on August 18, 2025, the parties engaged in a mediation facilitated by Jeff Kichaven of Jeff Kichaven Commercial Mediation;

WHEREAS, as a result of this mediation, the Parties reached a settlement agreement and signed a term sheet; and

WHEREAS, the Parties intend to have a signed Long Form Agreement by September 17, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that:

1. All proceedings in this case shall be stayed through September 18, 2025, to allow the Parties to finalize their Long Form Agreement.

2. Once the Long Form Agreement is executed, the Parties shall promptly file an appropriate dismissal with the Court.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Brian P. Egan |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Brian P. Egan (#6227)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>esteingraber@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| August 19, 2025 | |

SO ORDERED this __20__ day of August, 2025.

/s/ Richard G. Andrews
United States District Court Judge

2