IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KARISSA VACKER, MARK BOYETT,       )
BRIAN LARSON, IRON TOWER PRESS, INC. )
and VAUGHN HEPPNER,                )
                                   )
            Plaintiffs,            )
                                   )
      v.                           )     C.A. No. 24-987 (RGA)
                                   )
ELEVEN LABS, INC.,                 )
                                   )
            Defendant.             )

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

WHEREAS, on August 18, 2025, the parties engaged in a mediation facilitated by Jeff Kichaven of Jeff Kichaven Commercial Mediation;

WHEREAS, as a result of this mediation, the Parties reached a settlement agreement and signed a term sheet;

WHEREAS, on August 20, 2025, this Court granted the Parties' Stipulation to Stay Proceedings until September 18, 2025;

WHEREAS, the Parties are continuing to finalize the language of the Long Form Agreement; and

WHEREAS, the Parties intend to have a signed Long Form Agreement by October 1, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that:

1.    All proceedings in this case shall be stayed through October 3, 2025, to allow the Parties to finalize their Long Form Agreement.

2.    After the Long Form Agreement is executed, the Parties shall file an appropriate dismissal with the Court in accordance with the terms of the Long Form Agreement.

FARNAN LLP

/s/ Michael J. Farnan

_____
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

September 17, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan

_____
Brian P. Egan (#6227)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this __18th__ day of September, 2025.


/s/ Richard G. Andrews
_____
United States District Court Judge

2