IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER,<br><br>    Plaintiffs,<br><br>        v.<br><br>ELEVEN LABS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-987 (RGA)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

Plaintiffs and Defendant Eleven Labs, Inc. respectfully submit this Joint Stipulation and Proposed Order to continue the stay of these proceedings.

WHEREAS, on August 18, 2025, the parties engaged in a mediation;

WHEREAS, as a result of this mediation, the Parties reached a settlement agreement and signed a term sheet;

WHEREAS, on August 20, 2025, this Court granted the Parties' Stipulation to Stay Proceedings until September 18, 2025;

WHEREAS, on September 18, 2025, this Court granted the Parties' Stipulation to Stay Proceedings until October 2, 2025; and

WHEREAS, the Parties have executed the Long Form Agreement with an effective date of September 30, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that:

1. These proceedings shall remain stayed while the performance of certain settlement terms is pending.

2. Once performance of certain terms of the settlement is complete, the Parties shall file a Stipulation of Dismissal of the entire action with Prejudice.

3. To the extent a Stipulation of Dismissal is not filed on or before November 6, 2025, the parties shall file a joint status report informing the Court on the status of settlement.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Brian P. Egan* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Brian P. Egan (#6227)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>esteingraber@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| October 3, 2025 | |

SO ORDERED this __6th__ day of October, 2025.

/s/ Richard G. Andrews
United States District Court Judge