IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELEVEN LABS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-987 (RGA)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughan Heppner ("Plaintiffs") and Defendant Eleven Labs, Inc., hereby stipulate to the voluntary dismissal of all claims in this action with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Michael J. Farnan* | */s/ Brian P. Egan* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs*<br><br>November 5, 2025 | Brian P. Egan (#6227)<br>E. Paul Steingraber (#7459)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>esteingraber@morrisnichols.com<br><br>*Attorneys for Defendant* |

        SO ORDERED this _____ day of November, 2025.

_____
The Honorable Richard G. Andrews