IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARISSA VACKER, MARK BOYETT, BRIAN LARSON, IRON TOWER PRESS, INC. and VAUGHN HEPPNER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 24-987 (RGA) |
| ELEVEN LABS, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Karissa Vacker, Mark Boyett, Brian Larson, Iron Tower Press, Inc., and Vaughan Heppner ("Plaintiffs") and Defendant Eleven Labs, Inc., hereby stipulate to the voluntary dismissal of all claims in this action with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

FARNAN LLP

/s/ Michael J. Farnan
_____
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

November 5, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
_____
Brian P. Egan (#6227)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this __6__ day of November, 2025.

/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews